## UNITED STATES v. ROBINSON.

(Circuit Court, S. D. New York. January 18, 1900.)

No. 2,820.

1. CUSTOMS DUTIES—CLASSIFICATION—EMBROIDERED GLOVES.

Certain embroidered leather gloves, the embroidery being in three rows, each of which presents the appearance of three-plait crochetwork, this effect being produced by the needle with only one cord or strand of thread, are held not to be gloves "stitched or embroidered with more than three single strands or cords," as provided for in Tariff Act July 24, 1897, c. 11, § 1, Schedule N, par. 445, 30 Stat. 193 [U. S. Comp. St. 1901, p. 1677].

Appeal by the United States from a decision of the Board of General Appraisers, which reversed the decision of the collector of customs in the assessment of duty on certain merchandise imported at the port of New York by H. Robinson.

The decision of the board in Re Robinson, G. A. 4241, is as follows.

Wilkinson, General Appraiser. The goods are leather gloves, which were assessed with the embroidery duty of 40 cents a dozen pairs, under Act July, 1897, c. 11, § 2, Schedule N, par. 445, 30 Stat. 193 [U. S. Comp. St. 1901, p. 1677]. It is claimed that the gloves are not "stitched or embroidered with more than three single strands or cords," and that they are not liable, therefore, to the additional duty for embroidery. The embroidery is in three rows. On the back of the glove each row presents the appearance of three-plait crochetwork, but this effect is produced by the needle with only one cord or strand of thread, as is shown by the stitching through and on the inside of the glove. Eight competent experts were examined at the hearing, and we find from their unanimous testimony upon the official samples that the gloves described in the schedule are not stitched or embroidered with more than three single strands or cords, and we sustain the claim that they are not liable to additional duty for embroidery. The decision of the collector is otherwise affirmed.

Henry L. Burnett, U. S. Atty.

Comstock & Brown, for importer.

WHEELER, District Judge. These are gloves with three rows of embroidery, each of a single cord, but passing more than once throughout the decoration. Paragraph 445 provides for an additional duty "on all gloves stitched or embroidered with more than three single strands or cords," of 40 cents per dozen pairs. The addition is to cords, and not to turns or directions of the same cord. Here are but three cords. In Wertheimer v. U. S. (C. C.) 65 Fed. 186, on appeal, Id., 5 C. C. A. 107, 55 Fed. 281, the gloves "had more than three single strands or cords in the embroidery," while these have not.

Decision affirmed.